September 03, 2004

Mr. Edward D. Burbach
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Mr. Kristofer S Monson
Assistant Solicitor General
P.O. Box 12548(MC 059)
Austin, TX 78711-2548

Ms. Nasiche B. Biscette
Booker T. Morris, III & Associates
2626 South Loop West, Suite 270
Houston, TX 77054
Mr. Joseph Hughes
Office of Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Mr. Rafael Edward Cruz
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Mr. John D. Hughes
Messina & Hughes, P.C.
211 East Bridge Street
Grandbury, TX 76048-2247

RE: Case Number: 02-0728
 Court of Appeals Number: 01-99-01243-CV
 Trial Court Number: 1999-22-479

Style: TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES
 v.
 MEGA CHILD CARE, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion/s and
judgment in the above-referenced cause. (Justice Schneider not sitting)
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Mr. Charles |
| |Bacarisse |
| |Ms. Margie |
| |Thompson |
| |Bill Aleshire |